DAVID C. ALLEN (SBN 190479)
*david.allen@btlaw.com*
KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
*gathompson@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES INC.; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY KINNE, <br><br> Plaintiff, <br><br> vs. <br><br> DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON, a New Jersey corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; THOMAS SCHMALZRIED, M.D., an individual THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION, a California corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br><br> JURY TRIAL DEMANDED <br><br> Complaint Filed: July 19, 2018 |

The undersigned, counsel of record for Defendants DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES INC., JOHNSON & JOHNSON, and JOHNSON & JOHNSON SERVICES, INC. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a

financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff SHERRY KINNE;
2. Defendant DEPUY ORTHOPAEDICS, INC., which is a subsidiary of DePuy Synthes, Inc., which is a subsidiary of Johnson & Johnson International, which is a subsidiary of Johnson & Johnson;
3. Defendant JOHNSON & JOHNSON SERVICES, INC., which is a subsidiary of Johnson & Johnson International, which is a subsidiary of Johnson & Johnson;
4. Defendant JOHNSON & JOHNSON; and
5. Defendant THOMAS SCHMALZRIED, M.D., an individual; and
6. Defendant THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION.

Dated: September 5, 2018         **BARNES & THORNBURG LLP**

By: _____
David C. Allen
Kelley S. Olah
Gabrielle Anderson-Thompson
Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.
n/k/a MEDICAL DEVICE
BUSINESS SERVICES INC.;
JOHNSON & JOHNSON;
JOHNSON & JOHNSON
SERVICES, INC.

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On September 5, 2018, I served a copy of the within document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested party(ies) below:

Paul R. Kiesel
Melanie Meneses Palmer
Cherisse Heidi A. Cleofe
**KIESEL LAW LLP**
8646 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Fax: (310) 854-0812
**Attorneys for Plaintiff**

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2018, at Los Angeles, California.

_____
Jerod Williams

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES