1  DAVID C. ALLEN (SBN 190479)
   *david.allen@btlaw.com*
2  KELLEY S. OLAH (SBN 245180)
   *kelley.olah@btlaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   *gathompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California  90067
   Telephone:  (310) 284-3880
6  Facsimile:  (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE
8  BUSINESS SERVICES INC.; JOHNSON & JOHNSON;
   JOHNSON & JOHNSON SERVICES, INC.

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13  SHERRY KINNE,                          Case No. CV 18-07736-GW(JCx)

14            Plaintiff,                   **ORDER RE STIPULATION TO
                                           STAY ALL PROCEEDINGS**
15       vs.

16  DEPUY ORTHOPAEDICS, INC.,
    an Indiana corporation; JOHNSON
17  & JOHNSON, a New Jersey
    corporation; JOHNSON &
18  JOHNSON SERVICES, INC., a
    New Jersey corporation; THOMAS
19  SCHMALZRIED, M.D., an                  JURY TRIAL DEMANDED
    individual THOMAS P.
20  SCHMALZRIED, M.D. A
    PROFESSIONAL CORPORATION,
21  a California corporation; and DOES     Complaint Filed:  July 19, 2018
    1 through 50, inclusive,
22
              Defendants.
23

24       TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

25       Upon consideration of the Stipulation to Stay Proceedings submitted by

26  Plaintiff SHERRY KINNE, and Defendants DEPUY ORTHOPAEDICS, INC.

27  (n/k/a MEDICAL DEVICE BUSINESS SERVICES INC."), JOHNSON &

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

CV18-07736-GW (JCx)

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

1    JOHNSON SERVICES, INC., JOHNSON & JOHNSON, THOMAS

2    SCHMALZRIED, M.D., and THOMAS P. SCHMALZRIED, M.D. A

3    PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon

4    consideration of all documents, files, and pleadings in this action; and upon good

5    cause shown, it is hereby ORDERED that:

6         1.    The Parties' request for a stay of proceedings is GRANTED;

7         2.    All proceedings in this action are hereby stayed, pending a decision by

8    the Judicial Panel on Multidistrict Litigation on whether this case should be

9    transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products*

10   *Liability Litigation*, MDL Docket No. 2244;

11        3.    Deadlines relating to any outstanding responsive pleading are extended

12   pending entry of a Scheduling Order in the MDL court addressing responsive

13   pleadings and the deadline to file any remand motion is extended pursuant to the

14   MDL court's August 14, 2012 "Order Regarding Cases Removed from State

15   Court," and any subsequent orders that the MDL Court may issue.

16        4.    A status conference is set for October 11, 2018 at 8:30 a.m. pending

17   the Judicial Panel's decision whether to transfer the case to MDL No. 2244.

18

19        PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21   Dated:  September 13, 2018

     _____

     GEORGE H. WU, U.S. DISTRICT JUDGE

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

CV18-07736-GW (JCx)

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

CV18-07736-GW (JCx)

STIPULATION TO STAY ALL PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067.  On September 14, 2018, I served a copy of the within document(s):

on the interested party(ies) below:

Paul R. Kiesel
Melanie Meneses Palmer
Cherisse Heidi A. Cleofe
**KIESEL LAW LLP**
8646 Wilshire Boulevard
Beverly Hills, CA  90211-2910
Telephone:  (310) 854-4444
Fax:  (310) 854-0812
**Attorneys for Plaintiff**

☒   BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 14, 2018, at Los Angeles, California.

_____
Jerod Williams

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATE OF SERVICE